FILED
2011 JAN 28  AM 10:45
CLERK US ...
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RICARDO JUAREZ-MELARA,<br><br>Petitioner,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. 08CV2085 BEN (RBB)<br><br>**ORDER DENYING § 2241 PETITION** |

## INTRODUCTION

Petitioner Jose Ricardo Juarez-Melara moves pursuant to 28 U.S.C. § 2241 challenging Bureau of Prisons policies which preclude him from participating in certain pre-release programs because he is not a United States citizen. Dkt. No. 1. Because his argument lacks merit, the Court **DENIES** the petition.

## DISCUSSION

Petitioner claims that the Bureau of Prisons policy preventing him from participating in certain programs due to his alien status violates his right to Equal Protection. However, Bureau of Prisons policies preventing deportable aliens from participating in certain programs survive constitutional challenge. *Cf. McLean v. Crabtree*, 173 F.3d 1176, 1186 (9th Cir. 1999) (finding BOP exclusion of prisoners with detainers, including INS detainers, from community-based program based on petitioners' alien status did not violate Equal Protection).

Additionally, a number of district courts have also found that policies preventing alien prisoners from participating in certain pre-release programs are also justified because the purpose of the program — helping prisoners reenter the community after serving their sentence — is not advanced in the case of prisoners who will be deported upon release. *See Lizarraga-Lopez v. United States*, 89 F. Supp. 2d 1166, 1169-70 (S.D. Cal. 2000) (upholding deportable alien's ineligibility for community confinement); *United States v. Rodas-Jacome*, No. 06cv1481, 2007 WL 1231630, at *4 (S.D. Cal. Apr. 24, 2007) (upholding restrictions for alien prisoners to obtain "good time" credits in rehabilitation programs). Because deportable alien prisoners pose a greater flight risk and the public policy justifications for pre-release programs are inapplicable, the challenged policies survive constitutional scrutiny and Petitioner's claim fails.

## CONCLUSION

The Petition is **DENIED**. The Clerk shall close the file

**IT IS SO ORDERED.**

DATED: January 17, 2011

Hon. Roger T. Benitez
United States District Court